## People of the State of Illinois, Plaintiff-Appellee, v. Kenneth A. Green, Defendant-Appellant.

### Gen. No. 10,758. (Abstract of Decision.)

Fourth District.

July 25, 1966.

Rehearing denied August 16, 1966.

■

Kenneth A. Green, pro se, of Indianapolis, Indiana, appellant; Ralph D. Glenn, State's Attorney, of Charleston, for appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.